430

**In re ESTATE OF Brian Wesley HODGDON, Minor.**

**Appeal of FIRST EASTERN BANK, N.A.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1983.

Decided Nov. 2, 1983.

Edmund G. Flynn, Stroudsburg, for appellant.

Todd R. Williams, Stroudsburg, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

Decree affirmed. Each party to pay own costs.